The People of the State of New York ex rel. Jessie S. Jardine, Individually and as Trustee under the Will of George E. Jardine, Deceased, Respondent, *v.* Edward F. Brush, as Mayor of the City of Mount Vernon, et al., Appellants.

*People ex rel. Jardine* v. *Brush*, 115 App. Div. 688, affirmed.
(Argued February 19, 1907; decided March 5, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1906, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to cancel and discharge a certain assessment against property of the relator and granted such motion.

*David Swits* for appellants.

*Charles P. Cowles* and *Justus A. B. Cowles* for respondent.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Vann, Werner and Chase, JJ.